AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,,

**SUMMONS IN A CIVIL ACTION**

V.

NEW YORK MAGAZINE;
NEWYORKMETRO.COM; et al

CASE NUMBER: 07-CIV- 9516

TO: (Name and address of Defendant)

TRACY PAUL WARRINGTON
3609 Blakely Street
Schertz, TX 78154-2668

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE  10/24/07
~~11/1/2007~~

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE February 23, 2008  8:05pm |
| NAME OF SERVER (PRINT)  STEPHEN KOEPKE  SCH 0749 | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 3609 Blakely St.  
Schertz, Texas 78154

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL  30 | SERVICES  75 | TOTAL  $0.00  105 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on February 23, 2008  
Date

Signature of Server

STEPHEN KOEPKE  
SCH 0749  
**BEXAR PROFESSIONAL**  
CIVIL PROCESS SERVICE INC  
2186 JACKSON KELLER SUITE 330  
SAN ANTONIO, TEXAS 78213  
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.