AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,,

V.

NEW YORK MAGAZINE;
NEWYORKMETRO.COM; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV-9516

TO: (Name and address of Defendant)

LAWRENCE C. BURSTEIN
Publisher
c/o New York Magazine Holdings, LLC
~~444 Madison Avenue,~~
~~New York, NY 10022~~
75 VARICK ST NYC, NY 10038

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE 12/24/07 ~~11/1/2007~~

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 2/25/08 |
| NAME OF SERVER (PRINT) BROOKS MURPHY | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVED PERSONALLY TO JOCELYN GOTTSCHALT PERSONAL REP. OF LAWRENCE BURSTEIN

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/25/08
         Date         Signature of Server

         PO B 88 Little Falls, NJ
         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.