## AFFIDAVIT OF SERVICE

| State of NEW YORK | County of SOUTHERN | U S District Court |

Index Number: 07-CIV-9576
Date Filed: _____

Plaintiff:
COUNTER TERRORIST GROUP US, COUNTER GROUP, AND J.K. IDEMA

vs.

Defendant:
NEW YORK MAGAZINE; NEW YORKMETRO.COM; NEW YORK MAGAZINE HOLDINGS, LLC, LAWRENCE C. BURNSTEIN, STACY SULLIVAN; JOSEPH A. CAFASSO; EDWARD A. ARTIS; TRACY PAUL WARRINGTON, TOD ROBBERSON; BOTH INDIVIDUALLY AND SEVERALLY AND DOES 1 THROUGH 7 INCLUSIVE

For:
John Tiffany
LAW OFFICES OF JOHN E. TIFFANY, P. C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark, NJ 07102

Received by ABC PROCESS SERVICE on the 25th day of February, 2008 at 2:32 pm to be served on **TOD ROBBERSON C/O BELO CORP., P O BOX 655237, DALLAS, TX 75265-5237**.

I, Ismael Alfaro, being duly sworn, depose and say that on the **25th day of February, 2008 at 3:24 pm**, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF IDEMA'S FIRST REQUEST FOR ADMISSIONS; PLAINTIFF IDEMA'S FIRST REQUEST FOR PRODUCTION; PLAINTIFF'S FIRST REQUEST FOR INTERROGATORIES** to: **TOD ROBBERSON** at the address of: **P O BOX 655237, DALLAS, TX 75265-5237** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 25th day of February, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Ismael Alfaro
Process Server SCH00000019

ABC PROCESS SERVICE
4834 Swiss Ave.
Dallas, TX 75204
(214) 220-0226

Our Job Serial Number: 2008000494
Ref: 07-CIV-9516


MARGARET K. SWINDLE
My Commission Expires
March 07, 2011

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.1c