ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

Counter Terrorist Group US,
Counterr Group, and J. K. Idema,,

V.

NEW YORK MAGAZINE;
NEWYORKMETRO.COM; et al

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CIV- 9516

37-W

7019 Santa Fe Ave
Dallas TX

This document was delivered to you on the ___ day of _____ 20 __
By: _____

TO: (Name and address of Defendant)

TOD ROBBERSON
c/o Belo Corp.
PO Box 655237
Dallas, TX 75265-5237

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John Edwards Tiffany,
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(By) DEPUTY CLERK

DATE  october 24 2007
~~11/1/2007~~

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | 2-25-08 @ 9:30 pm |
| NAME OF SERVER (PRINT)   Kirk French | TITLE | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:   Tod Robberson at 7019 Santa Fe Ave., Dallas, Texas

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

Summons and Complaint were served with Requests for Admissions, Production, and Interrogatories attached thereto.

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES  105.00 | TOTAL  $0.00  105.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   2-25-08
              Date                    Signature of Server

Kirk French
Supreme Court No. SCH000000484

Address of Server   Lawyers Civil Process, Inc.
                    400 S. Houston Street, Suite 105
                    Dallas, Texas 75202

Subscribed and sworn to before me this
___ day of Feb., 2008.

Notary Public

MELISSA WOOLEY
MY COMMISSION EXPIRES
December 4, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Mar 11 2008 8:32AM   Law Offices of John E. Ti   212-873-0977   p.2