156115  230x  85.00
United States District Court   County of Southern District of New York   Attorney: Guaranteed Subpoena Servi

| | | |
|---|---|---|
| Counter Terrorist Group US, ET AL | Petitioner Plaintiff(s), | Index# 9516/07 |
| -against- | | AFFIDAVIT OF SERVICE |
| New York Magazine, et al | Respondent Defendant(s). | |

STATE OF NEW YORK: COUNTY OF KINGS   ss:
Neil Schrager   BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on 02/25/08 at 3:37pm at 350 5th Avenue, 34th Floor New York, NY 10118 deponent served the within Summons In A Civil Action & Complaint; Admissions; Request for Production of Documents, Interrogatories
on STACY SULLIVAN C/O HUMAN RIGHTS WATCH , therein named.

**INDIVIDUAL A.** by delivering a true copy of each to said defendants personally: deponent knew the person so served to be the person described as said defendant therein. (S)He identified (her) himself as such.

**CORPORATION/BUSINESS B.** a (domestic)(foreign)corporation/business by delivering thereat a true copy of each to
Personally, deponent knew said corporation/business so served to be the corporation/business described in said summons as said defendant and knew said individual to be                                                                                  thereof.

**SUITABLE AGE PERSON C.  xxx** by delivering thereat a true copy(ies) of each to   Gil "Doe"   a person of suitable age and discretion. Said premises is defendants (actual place of business)(dwelling house)(usual place of abode) within the state. (S)He identified (her)himself as co-worker  of defendant.

**AFFIXING TO DOOR, ETC. D.** by affixing a true copy(ies) of each to the door of said premises, which is defendants (actual place of busine  )(dwelling house)(usual place of abode) within the state. Deponent was unable, with due diligence, to find defenc nt, a person of suitable age and discretion or a work address thereat, having called there on

**MAILING USE WITH C. & D. xxx** Deponent also mailed a copy(ies) of same post paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "personal & confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on

Deponent further states that he describes the person actually served as follows

| Sex | Skin Color | Hair Color | Age (Approx) | Height (Approx) | Weight(Approx) |
|---|---|---|---|---|---|
| male mustache | black Goatee | black | 32 | 5'9 | 190 |

**MILITARY SERVICE** Above person was asked whether the defendant(s) was(were) in the military service of the State of New York or the United States and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid deponent avers that the defendant(s) is(are) not in the military service of the Sate of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

**USE IN NYC CIVIL CT.** The language required by NYCRR (e), (f) & (H) was set forth on the face of the said summons(es).

**SUPREME COURT ACTION** Papers so served were properly endorsed with the index number and date of filing.

Sworn before me on  02/25/08

SARA R. BAER
Notary Public State of New York
NO. 01BA6145029
Qualified in Kings County
Commission Expires May 1, 2010

TZ

Neil Schrager   LICENSE NO. 0864972