| | |
|---|---|
| COUNTER TERRORIST GROUP US, ET AL <br> **Plaintiff** <br> vs. <br> NEW YORK MAGAZINE, ET AL <br> **Defendant** | Superior Court Of New Jersey <br> SOUTHERN DIST. OF NY Venue <br> Docket Number: 07 CIV 9516 |

**Person to be served** (Name and Address):
JOSEPH A. CAFASSO
29 SWARTHMORE DRIVE
CARTERET  NJ  07008
**By serving:** JOSEPH A. CAFASSO

**Attorney:** JOHN E. TIFFANY, ESQ.

**Papers Served:** SUMMONS AND COMPLAINT, ADMISSONS, REQUEST FOR PRODUCTION OF DOCUMENTS, INTERROGATORIES

## AFFIDAVIT OF SERVICE
(For Use by Private Service)

Cost of Service pursuant to R. 4:4-3(c)

$ _____.___

**Service Data:**   [X] Served Successfully   [ ] Not Served

**Date/Time:**   02/25/2008  05:29PM

[ ] Delivered a copy to him/her personally

[ ] Left a copy with a competent household member over 14 years of age residing therein (indicate name & relationship at right)

[X] Left a copy with a person authorized to accept service, e.g. managing agent, registered agent, etc. (indicate name & official title at right)

**Attempts:**   Date/Time: _____
Date/Time: _____
Date/Time: _____

Name of Person Served and relationship/title:

SADI KHAN - RESIDENT OF HOME - STATES JOSEPH CAFASSO DOES NOT RESIDE AT ADDRESS

**Description of Person Accepting Service:**

SEX: F   AGE: 21-35   HEIGHT: 5'4"-5'8"   WEIGHT: 100-130 LBS.   SKIN: BROWN   HAIR: BROWN   OTHER: _____

**Unserved:**
[ ] Defendant is unknown at the address furnished by the attorney
[ ] All reasonable inquiries suggest defendant moved to an undetermined address
[ ] No such street in municipality
[ ] Defendant is evading service
[ ] No response on:   Date/Time: _____
Date/Time: _____
Date/Time: _____

**Other:**
SERVED AS PER ATTNY INSTRUCTIONS. STATED HE MAY HAVE A WOMAN COME TO THE DOOR AND SAY HE DOESN'T LIVE THERE.

**Served Data:**
Subscribed and Sworn to me this

26 day of February , 2008

Notary Signature: *S. Velez*
JANIRA SANTIAGO VELEZ
Name of Notary   NOTARY PUBLIC   Commission Expiration
My Commission Expires April 24, 2012

I, GEORGE GENCARELLI,
was at the time of service a competent adult not having a direct interest in the litigation. I declare under penalty of perjury that the foregoing is true and correct.

_____   2/26/2008
Signature of Process Server   Date

Name of Private Server: GEORGE GENCARELLI   Address: 2009 Morris Avenue UNION, NJ 07083   Phone: (908) 687-0056

R R

reception@served.com

| | |
|---|---|
| From: | Info@Served.com |
| Sent: | Monday, February 25, 2008 11:55 AM |
| To: | reception@Served.com |
| Subject: | FW: URGENT URGENT |
| Attachments: | Cafasso Summons and Complaint.pdf; NY Mag Discovery Reqs for Service w Summons and Complaint.pdf; Joe Cafasso in Texas A&M Hat.jpg; Joe Cafasso.jpg; cafasso screen grab.bmp; Cafasso FDNY Hat.jpg; cafassocampaign-mmedium2.jpg; Cafasso-Relief Effort.jpg |



**From:** TFSaber7 [mailto:tfsaber7@counterrgroup.org]
**Sent:** Monday, February 25, 2008 11:16 AM
**To:** Info@Served.com
**Cc:** Jet Law - J Tiffany; Vijayant Pawar
**Subject:** URGENT URGENT

As per our conversation.

We need Joseph Cafasso served at 29 Swarthmore Drive, Cartert, NJ 07008.
This is a residential house right off the main highway on the left side of the road.
Pictures of Cafasso are attached to this email. He has many different looks and faces and is an expert con man.

Cafasso is an EXPERT at avoiding service. It is doubtful you will be able to get him to answer the door. He might have a women answer the door who says he does not live there. He does.

He gets served with the summons and complaint and all three discovery requests which are attached hereto as NY Mag Discovery in one pdf document.

We need this served ASAP as the deadline for service is today or the complaint is dismissed and we are not able to get an extension.

You have worked for both of our firms before. Please fax the bill to 480-247-5626 and mail to Law Offices of John E Tiffany PC. Please fax or email the signed served summons as soon as it is done and please tell us on who or how you served it.

Thanks very much
John Tiffany



----- Original Message -----
**From:** Info@Served.com
**To:** 'TFSaber7'
**Sent:** Monday, February 25, 2008 8:37 AM
**Subject:** RE: urgnet



**From:** TFSaber7 [mailto:tfsaber7@counterrgroup.org]
**Sent:** Sunday, February 24, 2008 9:13 PM
**To:** Info@Served.com
**Subject:** urgnet

1

we need an NON- 800 number to contact you via satellite phone as soon as possible tonight.

thanks
jack