Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fax: (212) 918-3100

*Attorneys for Defendants New York Magazine Holdings, LLC, Newyorkmetro.com, New York Magazine, Lawrence C. Burstein and Stacy Sullivan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| COUNTER TERRORIST GROUP US, COUNTERR GROUP, AND J.K. IDEMA, <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK MAGAZINE, NEWYORKMETRO.COM, NEW YORK MAGAZINE HOLDINGS, LLC, LAWRENCE C. BURSTEIN, STACY SULLIVAN, JOSEPH A. CAFASSO, EDWARD A. ARTIS, TRACY PAUL WARRINGTON, TOD ROBBERSON, BOTH INDIVIDUALLY AND SEVERALLY, AND DOES 1 THROUGH 7, INCLUSIVE, <br><br> Defendants. | Case No. 07 CIV 9516 (DAB) |

_____

   PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter as counsel for defendants New York Magazine Holdings, LLC, Newyorkmetro.com, New York Magazine, Lawrence C. Burstein and Stacy Sullivan and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

\\\NY - 021239/000009 - 1078020 v1

Respectfully submitted,

HOGAN & HARTSON LLP

By: _____/s/_____
Slade R. Metcalf  (SM 8360)
Rachel F. Strom (RS 9666)
875 Third Avenue
New York, New York  10022
Tel.  (212) 918-3000
Fac.  (212) 918-3100
srmetcalf@hhlaw.com
rfstrom@hhlaw.com

*Attorneys for Defendants New York Magazine Holdings, LLC, Newyorkmetro.com, New York Magazine, Lawrence C. Burstein and Stacy Sullivan*

Dated: New York, New York
       March 24, 2008

TO:    John Edwards Tiffany
       Law Offices of John E. Tiffany P.C.
       The Robert Treat Center
       50 Park Place, 10th Floor
       Newark, New Jersey 07102
       (973) 242-3700
       Jet@Jet4Law.com

       Vijayant Pawar
       *US* Law Offices of VIJAYANT PAWAR
       35 Airport Road, Suite 330
       Morristown, New Jersey 07960
       (973) 267-4800
       vpawar@pawarlaw.com

       *Attorneys for Plaintiffs*