# CERTIFICATE OF SERVICE

      I, Rachel F. Strom, hereby certify that on March 24, 2008, I caused a true and correct copy of the Notice of Appearance, Opposition of Defendants New York Magazine Holdings, LLC, Newyorkmetro.com, New York Magazine, Lawrence C. Burstein and Stacy Sullivan to Plaintiffs' Motion to Reconsider and the Declaration of Rachel F. Strom, sworn to the 24th day of March, 2008 , and the exhibits annexed thereto to be served through the Court's electronic notification system upon:

    John Edwards Tiffany
    Law Offices of John E. Tiffany P.C.
    The Robert Treat Center
    50 Park Place, 10th Floor
    Newark, New Jersey 07102
    (973) 242-3700
    Jet@Jet4Law.com

    Vijayant Pawar
    *US* Law Offices of VIJAYANT PAWAR
    35 Airport Road, Suite 330
    Morristown, New Jersey 07960
    (973) 267-4800
    vpawar@pawarlaw.com

   *Attorneys for Plaintiffs*

Dated:  March 24, 2008

                                   s/ Rachel F. Strom
                                RACHEL F. STROM (RS 9666)