# **CERTIFICATE OF SERVICE**

I, Rachel F. Strom, hereby certify that on March 24, 2008, I caused a true and correct copy of the Notice of Appearance, Opposition of Defendants New York Magazine Holdings, LLC, Newyorkmetro.com, New York Magazine, Lawrence C. Burstein and Stacy Sullivan to Plaintiffs' Motion to Reconsider and the Declaration of Rachel F. Strom, sworn to the 24th day of March, 2008 , and the exhibits annexed thereto to be served through the Court's electronic notification system upon:

John Edwards Tiffany
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark, New Jersey 07102
(973) 242-3700
Jet@Jet4Law.com

Vijayant Pawar
*US* Law Offices of VIJAYANT PAWAR
35 Airport Road, Suite 330
Morristown, New Jersey 07960
(973) 267-4800
vpawar@pawarlaw.com

*Attorneys for Plaintiffs*

Dated: March 24, 2008

s/ Rachel F. Strom
RACHEL F. STROM (RS 9666)

\\\NY - 021239/000009 - 1078060 v1