MILLER KORZENIK SOMMERS LLP
Louise Sommers (LS 2707)
David S. Korzenik (DK 1767)
488 Madison Avenue 11th Floor
New York, New York 10022-5702
(212) 752-9200

Attorneys for Defendant Tracy-Paul Warrington

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
COUNTERTERRORIST GROUP US,                           :
COUNTERR GROUP and J.K. IDEMA,                       :
                                Plaintiffs,    :
            -against-                              :
                                              :   No. 07 CV 9516 (DAB)
NEW YORK MAGAZINE; NEWYORKMETRO.COM; :
NEW YORK MAGAZINE HOLDINGS, LLC,                     :   **NOTICE OF**
LAWRENCE C. BURSTEIN, STACY SULLIVAN;                :   **APPEARANCE**
JOSEPH A. CAFASSO; EDWARD A. ARTIS;                  :
TRACY PAUL WARRINGTON, TOD ROBERTSON;                :   **ECF CASE**
Both Individually and Severally,                     :
and DOES 1 through 7, inclusive,                     :
                              Defendants.   :
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE, that the below named attorneys appear for the above named Defendant Tracy-Paul Warrington, and hereby request that a copy of all pleadings, notices and other papers in this proceeding be served upon them. In so appearing, Defendant reserves, and does not waive, any and all defenses, including but not limited to those relating to personal jurisdiction, service and sufficiency of process, venue, standing

and all other objections.

| | |
|---|---|
| Date: New York, New York<br>March 24, 2008 | MILLER KORZENIK SOMMERS LLP<br><br>By: _____*s/Louise Sommers*_____<br>Louise Sommers (LS 2707)<br>David S. Korzenik (DK 1767)<br><br>488 Madison Avenue, 11th Floor<br>New York, NY 10022<br>(212) 752-9200<br>lsommers@mkslex.com<br>dkorzenik@mkslex.com<br><br>Attorneys for Defendant<br>Tracy-Paul Warrington |

TO:   John Edwards Tiffany
      Law Offices of John E. Tiffany P.C.
      The Robert Treat Center
      50 Park Place, 10th Floor
      Newark, NJ 07102
      Jet@Jet4Law.com

      Vijayant Pawar
      US Law Offices of Vijayant Pawar
      35 Airport Road Suite 330
      Morristown NJ 07960
      vpawar@pawarlaw.com

      Attorneys for Plaintiffs


      Slade R. Metcalf (SM 8360)
      Rachel F. Strom (RS 9666)
      Hogan & Hartson
      875 Third Avenue
      NY NY 10022
      srmetcalf@hhlaw.com
      rfstrom@hhlaw.com

      Attorneys for Defendants New York
      Magazine Holdings, LLC, Newyorkmetro.com,
      New York Magazine, Lawrence C. Burstein
      and Stacy Sullivan