<u>**CERTIFICATE OF SERVICE**</u>

I, Louise Sommers, hereby certify that on March 24, 2008 I caused a true and correct copy of the Notice of Appearance and OPPOSITION OF DEFENDANT TRACY-PAUL WARRINGTON TO PLAINTIFFS' MOTION FOR RECONSIDERATION to be served through the Court's electronic notification system upon the following attorneys for the parties indicated below:

John Edwards Tiffany
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor
Newark, NJ 07102
Jet@Jet4Law.com

Vijayant Pawar
US Law Offices of Vijayant Pawar
35 Airport Road Suite 330
Morristown NJ 07960
vpawar@pawarlaw.com

Attorneys for Plaintiffs

Slade R. Metcalf (SM 8360)
Rachel F. Strom (RS 9666)
Hogan & Hartson
875 Third Avenue
NY NY 10022
srmetcalf@hhlaw.com
rfstrom@hhlaw.com

Attorneys for Defendants New York
Magazine Holdings, LLC, Newyorkmetro.com,
New York Magazine, Lawrence C. Burstein
and Stacy Sullivan

Dated:  March 24, 2008

_____
*s/Louise Sommers*
LOUISE SOMMERS (LS2707)