UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
COUNTER TERRORIST GROUP US, ET AL.

                           Plaintiffs,

    -against-

NEW YORK MAGAZINE, ET AL.

                           Defendants.
------------------------------------------X

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/1/2008]

07 Civ. 9516 (DAB)
<u>ORDER</u>

DEBORAH A. BATTS, United States District Judge.

    On March 7, 2008, the Court dismissed Plaintiffs' Complaint without prejudice, for failure to prosecute. Plaintiffs have moved the Court to reconsider the March 7, 2008 Order. Several of the Defendants named in the Complaint have opposed Plaintiffs' motion to reconsider. Having considered Plaintiffs' motion papers and the papers in opposition, the Court finds that there is no reason to vacate its March 7, 2008 Order. Plaintiffs clearly had failed to served all of the Defendants named in the Complaint within the 120 day time period provided by Fed. R. Civ. P. 4(m). Accordingly, Plaintiffs' Ex Parte Motion to Reconsider (Docket Entry No. 16) is hereby DENIED.

SO ORDERED.

Dated:    New York, New York
            July 31, 2008

                                              DEBORAH A. BATTS
                                         United States District Judge