**United States District Court**
For The Southern District Of New York



COUNTER TERRORIST GROUP US,  )
COUNTERR GROUP, and J. K. IDEMA,  )
    *Plaintiffs*,  )
      )
v.  )
      )
NEW YORK MAGAZINE;  )  Case # 07 CIV 9516 (DAB)
NEWYORKMETRO.COM;  )
NEW YORK MAGAZINE HOLDINGS, LLC,  )
LAWRENCE C. BURSTEIN;  )  **NOTICE OF APPEAL**
STACY SULLIVAN;  )  **IN A CIVIL CASE**
JOSEPH A. CAFASSO; EDWARD A. ARTIS;  )
TRACY PAUL WARRINGTON,  )
TOD ROBBERSON;  )
*Both Individually and Severally,*  )
*and DOES 1 through 7, inclusive,*  )
    *Defendants.*  )

    Notice is hereby given that Plaintiffs, Counter Terrorist Group US, Counterr Group, and J.K. Idema hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment of the Honorable Deborah A. Batts, dismissing the case for lack of prosecution, denying extension of time to serve summonses, and denying Plaintiffs'' Motion for Reconsideration, entered in this action on the 1st day of August, 2008.

    This 1st day of September 2008.

J.K. Idema
12 Jonathan Lane
Poughkeepsie, NY 12603
Fax:   480/246-5626

John Edwards Tiffany, Attorney (JT7322)
Law Offices of John E. Tiffany P.C.
The Robert Treat Center
50 Park Place, 10th Floor,
Newark, New Jersey 07102
Tel: (973) 242-3700
Fax: (973) 242-3799
Email: Jet@Jet4Law.com